MARC S. KIRSCHNER, as Trustee of the REFCO LITIGATION TRUST, Appellant, v KPMG LLP et al., Respondents, et al., Defendants.

Submitted August 2, 2010; decided August 26, 2010

MARC S. KIRSCHNER, as Trustee of the REFCO LITIGATION TRUST, Appellant, v KPMG LLP et al., Respondents, et al., Defendants.

MARC S. KIRSCHNER, as Trustee of the REFCO LITIGATION TRUST, Appellant, v KPMG LLP et al., Respondents, et al., Defendants.

Submitted August 2, 2010; decided August 26, 2010

Motion by National Association of Bankruptcy Trustees for leave to file a brief amicus curiae on consideration of the certified questions herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.